Dismissed and Memorandum Opinion filed September 30, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00427-CV

____________

 

DAN DOMPIER and KATINA MESSERVE, Appellants

 

V.

 

KENNEDY ROOFING AND EXTERIORS, INC., Appellee

 



 

On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 940187

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 22, 2010.  On September 21, 2010,
appellants filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Sullivan.